# EXHIBIT A

# Office Memo: Really Busy, Need Help Now Or In 2016?




## Staffing Solutions For Small or Solo Practices

## Physicians
## Nurse Practitioners
## Physician Assistants

LOCUMS, INC.
Temporary Physician • PA • NP Staffing

## CALL or Email TODAY For Rates

Scot Gray at 855-562-8648

scot@locumsinc.com

**Website Inquiries@www.locumsinc.com**

*****Keep our flyer for future staffing needs (cme, illness, vacation, etc)*****

If you wish to be removed from our fax list, please call 888-959-9232 or fax 855-562-8882 and include the fax number(s) you wish to be removed. The recipient may make a request to the sender not to send any future fax advertisements and failure to comply within 30 days is unlawful.