UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-81762-CIV-DIMITROULEAS/SNOW

COMPREHENSIVE HEALTH CARE )
SYSTEMS OF THE PALM BEACHES, )
INC., )
                                    Plaintiff, )
v. )
LOCUMS, INC. and JOHN DOES 1-12, )
                                    Defendants. )

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment [DE 37], filed on June 26, 2017. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On May 31, 2017, the Court entered an Order Striking All Filings by Defendant Locums, Inc.; Order to Show Cause Why Default Should Not Be Entered Against Defendant Locums, Inc. [DE 31]. The Court set a deadline of June 14, 2017 for Defendant Locums, Inc. to obtain legal representation, file a Notice of Appearance by its counsel, and file an Answer to the Complaint, or show cause why default should not be entered against it. *See* [DE 31]. The Court warned that a failure to comply with its May 31, 2017 Order would result in the Court adjudicating that Defendant Locums, Inc. is in default. *See* [DE 11]. The Court further warned Defendant Locums, Inc. that it may not file anything in the Court's record in this case that is not filed by an attorney. *See* [DE 33]. The June 14, 2017 deadline passed and Defendant Locums, Inc. has failed to comply. Therefore, on June 16, 2017, the Court entered an Order Adjudicating

Defendant Locums, Inc. to be in Default; Directing Plaintiff to File Motion for Default Judgment. [DE 36]. On June 26, 2017, Plaintiff filed the instant Motion for Default Judgment. [DE 37].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 37] is hereby **GRANTED.**

2. In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 12th day of July, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Locums, Inc.
c/o Scot Gray, Registered Agent
5050 Bent Creek Court
Sugar Hill, GA 30518