UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-81762-CIV-DIMITROULEAS/SNOW

COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC.,

    Plaintiff,

v.

LOCUMS, INC. and JOHN DOES 1-12,

    Defendants.

## DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment [DE 37], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Judgment [DE 37] is **GRANTED**;

2. The Court **ENTERS** Judgment in favor of Plaintiff COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., and against Defendant LOCUMS, INC. in the amount of $1,500.00, plus costs[1], for which let execution issue;

---

[1] Plaintiff may file a separate motion for costs, which shall be referred to the Magistrate Judge.

3.	The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 12th day of July, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Locums, Inc.
c/o Scot Gray, Registered Agent
5050 Bent Creek Court
Sugar Hill, GA 30518